IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE WARNER,

        Plaintiff,                    No. CIV S-08-1144 FCD GGH P

    vs.

M. McMAHON, et al.,

        Defendants.            ORDER

                                    /

        Plaintiff has requested an extension of time to file an amended complaint and his in forma pauperis affidavit pursuant to the court's order of July 22, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 15, 2008 request for an extension of time (Docket #7) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint and his in forma pauperis affidavit.

DATED: 08/25/08

                                              /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:009/ak
warn1144.36