IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE WARNER,

    Plaintiff,                    No. CIV S-08-1144-FCD-GGH P

    vs.

M. McMAHON, et al.,

    Defendants.             ORDER

_____/

        By Order, filed on August 25, 2008, plaintiff was previously granted a thirty-day extension of time to file both an amended complaint and his in forma pauperis affidavit, pursuant to the court's order of July 22, 2008.[1]  Plaintiff has requested a second extension of time, up to and including October 6, 2008, to file an amended complaint and the in forma pauperis affidavit. Plaintiff also filed his amended complaint on September 30, 2008, the same day his second request for an enlargement of time was filed; however, plaintiff is still awaiting the return of his in forma pauperis affidavit from prison officials to whom he submitted the application to receive certification.

---

[1] The July 22, 2008, Order afforded plaintiff the opportunity to file an in forma pauperis affidavit even though plaintiff had paid the filing fee in full to determine whether he may benefit from being permitted to proceed in forma pauperis, e.g., so that he might not be held responsible for any service of process.

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. Plaintiff's September 30, 2008 application for an extension of time (Docket #10) is granted to the extent that he seeks for his amended complaint, filed on September 30, 2008, to be deemed timely filed; and

5     2. Plaintiff is also granted an additional 15 days from the date of this order to file an in forma pauperis affidavit.

DATED: 10/06/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/cm
warn1144.36(1)