IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

LANCE WARNER,

          Plaintiff,

   v.

M. McMAHON, et al.,

          Defendants.

CASE NO. C08-1144JLR

ORDER

    Plaintiff Lance Warner is a prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983.  By order dated July 17, 2009, the court dismissed in part Mr. Warner's first amended complaint with leave to amend.  (Dkt. # 16.) The court subsequently granted Mr. Warner's request to extend the deadline to file a second amended complaint.  (Dkt. # 19.)  Mr. Warner has since filed a motion to withdraw his request for an extension of time and to dismiss the portion of his first amended complaint seeking injunctive relief.  (Dkt. # 20.)  Having reviewed Mr. Warner's motion, the court deems the motion to withdraw his request for extension of time MOOT because the court already granted the request.  Next, although Mr. Warner's motion to dismiss his claims for injunctive relief is also largely moot as a result of this court's order of July 17, 2009, the court

ORDER – 1

GRANTS the motion (Dkt. # 20) and DISMISSES any and all claims for injunctive relief in

Mr. Warner's first amended complaint to the extent not already dismissed.

As discussed previously, the court concludes that Mr. Warner has alleged a cognizable

claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A.  If the allegations of the

complaint are proven, Mr. Warner has a reasonable opportunity to prevail on the merits of this

action.

Therefore, in accordance with the above and good cause appearing, IT IS HEREBY

ORDERED that:

1.  Service is appropriate for the following defendants: (a) M. McMahon; (b) B.

Landingham; (c) I. Larson; and (d) M. Day.

2.  The Clerk of the Court shall send Plaintiff four USM-285 forms, one summons,

an instruction sheet, and a copy of the amended complaint filed on September

30, 2008 (Dkt. # 9).

3.  Within 30 days from the date of this order, Plaintiff shall complete the attached

Notice of Submission of Documents and submit the following documents to the

court:

a.  The completed Notice of Submission of Documents;

b.  One completed summons;

c.  One completed USM-285 form for each defendant listed in

number 1 above; and

ORDER – 2

1

2

        d.      Five copies of the endorsed complaint filed on September 30,

        2008.

3

4.     Plaintiff need not attempt service on Defendants and need not request waiver of

4

service.  Upon receipt of the above-described documents, the court will direct

5

6

the United States Marshal to serve the above-named Defendants pursuant to

7

Federal Rule of Civil Procedure 4 without payment of costs.

8

Dated this 5th day of October, 2009.

9

10

11

12

                JAMES L. ROBART

13

                United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

ORDER – 3

1

2

3

4

5

6
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8   LANCE WARNER,                                    CASE NO. C08-1144JLR

9                    Plaintiff,                      ORDER

10         v.

11   M. McMAHON, et al.,

12                    Defendants.

13

14         Plaintiff Lance Warner hereby submits the following documents in compliance with

15   the court's order filed on _____:

16                    _____          completed summons form

17                    _____          completed USM-285 forms

18                    _____          copies of the complaint

19

20   DATED: _____

21

22

23                                          _____
                                            Plaintiff

24

25