# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WARNER, | CASE NO. C08-1144JLR |
| Plaintiff, | ORDER |
| v. | |
| M. McMAHON, et al., | |
| Defendants. | |

On November 6, 2009, Plaintiff Lance Warner filed a motion (Dkt. # 22) for an order directing the Clerk of Court to provide him with five copies of his amended complaint. On November 9, 2009, however, Plaintiff filed five copies of his amended complaint. Therefore, the court DENIES the motion as moot.

Dated this 26th day of November, 2009.

JAMES L. ROBART
United States District Judge

ORDER – 1