UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LANCE WARNER,

        Plaintiff,

    v.

M. McMAHON, et al.,

        Defendants.

CASE NO. C08-1144JLR

ORDER

Plaintiff Lance Warner is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On November 30, 2009, the court ordered the United States Marshal to serve the complaint on Defendants. (*See* Dkt. # 24.) Process directed to Defendants was returned unserved because they were unable to be located. (*See* Dkt. # 26.) Plaintiff must provide additional information to serve Defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code

ORDER- 1

1 § 6250, et seq., or other means available to Plaintiff.  If access to the required information
2 is denied or unreasonably delayed, Plaintiff may seek judicial intervention.
3      Plaintiff is cautioned that when service of a complaint is not made upon a
4 defendant within 120 days after the complaint was filed, the court may be required to
5 dismiss the plaintiff's claims against that defendant.  *See* Fed. R. Civ. P. 4(m).
6      Accordingly, IT IS HEREBY ORDERED that:
7   I.   The Clerk of the Court is directed to send to Plaintiff four (4) USM-285
8        forms, along with an instruction sheet and a copy of the amended complaint
9        filed September 30, 2008 (Dkt. # 9);
10  II.  Within sixty days from the date of this order, Plaintiff shall complete and
11       submit the attached Notice of Submission of Documents to the court, with
12       the following documents:
13       a. One completed USM-285 form for each defendant;
14       b. Five copies of the endorsed complaint filed September 30, 2008 (Dkt. #
15          9); and
16       c. One completed summons form (if not previously provided) or show
17          good cause why he cannot provide such information.
18   Dated this 8th day of March, 2010.

JAMES L. ROBART
United States District Judge

ORDER- 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WARNER,<br><br>             Plaintiff,<br><br>     v.<br><br>M. McMAHON, et al.,<br><br>             Defendants. | CASE NO. C08-1144JLR<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

    Plaintiff Lance Warner hereby submits the following documents in compliance with the court's order filed March 8, 2010:

    _____  completed summons form(s)

    _____  completed USM-285 form(s)

    _____  copies of the amended complaint

DATED: _____

                                       _____
                                       Plaintiff

ORDER- 3