1
2
3
4
5
6

7   UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF CALIFORNIA
8
9

10  LANCE WARNER,                          CASE NO. CV 08-1144 JLR

11              Plaintiff,                 ORDER GRANTING REQUEST
                                           FOR EXTENSION OF TIME
12       v.

13  M. McMAHON, et al.,

14              Defendants.

15

16      This matter comes before the court on Defendant B. Landingham's request for an

17  extension of time to file a responsive pleading (Dkt. # 28).  Having reviewed the request,

18  as well as the accompanying declaration of April H. Gatling, and good cause appearing,

19  the court GRANTS the request (Dkt. # 28) and EXTENDS the deadline to file a

20  responsive pleading to April 26, 2010.  *See* Fed. R. Civ. P. 6; L.R. 144.

21
22

ORDER- 1

1 | Dated this 1st day of April, 2010.

2

3

4 | JAMES L. ROBART
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER- 2