1
2
3
4
5
6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| LANCE WARNER, | CASE NO. C08-1144JLR |
|---|---|
| Plaintiff, | ORDER TO SHOW CAUSE RE: DEFENDANT I. LARSON |
| v. | |
| M. McMAHON, et al., | |
| Defendants. | |

By order dated March 8, 2010 (Dkt. # 27), the court ordered Plaintiff Lance Warner to complete and return to the court, within 60 days, the USM-285 forms necessary to effect service on Defendants. This was the court's second order regarding service. Defendants M. McMahon, B. Landingham, and M. Day have waived service and answered the complaint. (*See* Dkt. ## 30-031.) By contrast, Defendant I. Larson has not executed a waiver of service or been served, has not answered the complaint, and has not otherwise appeared in this action. The 60-day period specified in the court's March 8,

ORDER- 1

1  2010 order has now expired and Plaintiff has not responded in any way to the court's

2  order.

3      Therefore, the court hereby ORDERS that Plaintiff show cause within 30 days

4  why the court should not dismiss I. Larson from this action without prejudice.  *See* Fed.

5  R. Civ. P. 41(b).  If Plaintiff does not respond to this order or otherwise fails to show

6  good cause, the court shall dismiss I. Larson from this action without prejudice.

7      Dated this 24th day of May, 2010.

                                          JAMES L. ROBART
                                          United States District Judge

ORDER- 2