1
2
3
4
5
6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| LANCE WARNER, | CASE NO. 2:08-cv-01144-JLR |
|---|---|
| Plaintiff, | ORDER GRANTING REQUEST TO REFER CASE TO PRO SE MEDIATION PROGRAM |
| v. | |
| M. McMAHON, et al., | |
| Defendants. | |

Before the court is Defendants' request to refer this case to the pro se mediation program (Dkt. # 38). Having reviewed the request and no opposition having been filed, the court GRANTS the request (Dkt. # 38) and REFERS this case to the pro se mediation program.

The court STAYS all deadlines set forth in the court's scheduling order pending the outcome of the mediation and STRIKES all other pending motions (Dkt. ## 37, 39, 40) without prejudice and with leave to re-file after mediation is complete, if necessary.

ORDER- 1

1    Dated this 8th day of September, 2010.

2

3                                   /s/ James L. Robart
                                    JAMES L. ROBART
4                                   United States District Judge

ORDER- 2