UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LANCE WARNER,                                           No. 2:08-cv-01144-JLR

            Plaintiff,                                  NOTICE AND ORDER SETTING
                                                        SETTLEMENT CONFERENCE IN
      v.                                                PRO SE PRISONER EARLY
                                                        SETTLEMENT PROGRAM
M. McMAHON, et al.,

            Defendants.
_____/


TO ALL PARTIES AND COUNSEL OF RECORD:

      You are hereby notified that a settlement conference is scheduled for 9:00 a.m. on

Wednessday, December 15, 2010 at Solano State Prison.

      Lead trial counsel shall appear at the settlement conference with the parties and persons

having **full authority** to negotiate and settle the case.  **A person who needs to call another person**

**not present before agreeing to any settlement does not have full authority.  To the extent that**

**such consultations are necessary, they must be made in advance of the settlement conference.**

      Personal attendance of a party representative will rarely be excused by the Court, and then

only upon separate written application demonstrating substantial hardship served on opposing

counsel and lodged as early as the basis for the hardship is known.

      Confidential settlement conference statements shall be mailed or emailed

(NJVpo@cand.uscourts.gov) to and received by  chambers no later than two weeks prior to the

settlement conference.

United States District Court

For the Northern District of California

**United States District Court**
For the Northern District of California

1    No later than thirty (30) days prior to the settlement conference, counsel[1] shall prepare, e-

2    file and electronically submit (via email to NJVpo@cand.uscourts,gov) a Word or Wordperfect

3    version of the writ necessary to secure plaintiff's attendance at the settlement conference.  It is

4    counsel's[2] responsibility to determine whether security, health or other issues prevent the transport of

5    plaintiff to the settlement conference, and if so, to advise the Court of the same no later than thirty

6    (30) days prior to the settlement conference.

7    Any request to continue the settlement conference shall state the reason therefor and be

8    submitted in writing as soon as possible well in advance of the scheduled conference date.  Requests

9    to vacate the settlement referral must be made to the *referring* Judge, not Magistrate Judge Vadas.

10    The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this

11    case settles prior to the date set for the settlement conference.

12

13    IT IS SO ORDERED.

14

15    Dated: September 9, 2010                                          _____

16                                                                      NANDOR J. VADAS
                                                                        United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

[1] If plaintiff is represented, plaintiff's counsel shall submit any necessary writ/order.  If plaintiff is *pro se*, defense counsel shall submit any necessary writ/order.

[2] If plaintiff is represented, plaintiff's counsel shall submit any necessary writ/order.  If plaintiff is *pro se*, defense counsel shall submit any necessary writ/order.

**United States District Court**
For the Northern District of California

1
2
3
4
5
6                                  UNITED STATES DISTRICT COURT

7                                  EASTERN DISTRICT OF CALIFORNIA

8
9
10
LANCE WARNER,                                    No. 2:08-cv-01144-JLR

11              Plaintiff,

12       v.                                       CERTIFICATE OF SERVICE

13
M. McMAHON, et al.,

14              Defendants.

15  _____/

16

17       I, the undersigned, hereby certify that on September 9, 2010 I SERVED a true and correct

18  copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s)

19  listed below, by depositing said envelope in the U.S. Mail.

20  **Lance Warner**
    D-82875
21  C.S.P.-Sacramento
    P.O. Box 29-0066
22  Represa, CA 95671

23

24

25                                               /s/  Chris Wolpert
                                                 _____
26                                                       Chris Wolpert
                                                 Administrative Law Clerk to
27                                               the Honorable Nandor J. Vadas

28

3