IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE WARNER,** | Case No. 2:08-CV-01144 JLR P |
| Plaintiff, | **AMENDED ORDER** |
| v. | |
| **M. McMAHON, et al.,** | |
| Defendants. | |

Having considered Defendants' counsel April H. Gatling's request to be excused from the December 15, 2010-mediation, scheduled for 9:00 a.m. at California State Prison-Solano, and good cause having been found:

**IT IS HEREBY ORDERED:** Defendants' counsel, April H. Gatling, shall be excused from attending the December 15, 2010-mediation. Deputy Attorney General William J. Douglas shall appear at the December 15, 2010-mediation in her absence.

Dated:  November 16, 2010

_____
Honorable Nandor J. Vadas

1

Amended Order (Case No.: 2:08-CV-01144 JLR P)